88 P.3d 209

# SUPREME COURT OF HAWAI'I

April 8, 2004

| 25703 | Mahuna v. Civil Service Com'n of the Dept. of Civil Service | Affirmed |

**April 13, 2004**

| 23341 | State v. Buckman | Remanded |

**April 16, 2004**

| 24486, 24499 | State v. Mano | Affirmed |

**April 19, 2004**

| 24567 | Kuamoo v. Hawaiian Homes Com'n | Affirmed |

**April 23, 2004**

| 24390 | Chan v. Lee | Affirmed |